IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERECK CHAMBLISS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3389

_____/

Opinion filed April 13, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Michael J. Titus, Office of Criminal Conflict and Civil Regional Counsel, Region One, Assistant Conflict Counsel, Tallahassee; Dereck R. Chambliss, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.